UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60811-CIV-COHN/Seltzer

SHIRLEY McCRAY,

    Plaintiff,

vs.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR LEAVE TO AMEND
## ORDER DENYING MOTION TO DISMISS AS MOOT
## ORDER TERMINATING DEFENDANT LIBERTY LIFE ASSURANCE

THIS CAUSE is before the Court upon Plaintiff's Response to Order to Show Cause and Motion for Leave to File an Amended Complaint [DE 11].

Plaintiff has now responded to the Court's Order to Show Cause by essentially conceding Defendant's argument that the wrong defendant was named. Plaintiff has attached an amended complaint naming a different defendant. The Court will grant the motion for leave to amend, however, Plaintiff must file the Amended Complaint as a separate document in CM/ECF.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Leave to File an Amended Complaint [DE 11] is hereby **GRANTED**;

2. Plaintiff shall file the Amended Complaint as a separate document in CM/ECF by July 10, 2008;

3. Defendant's Motion to Dismiss [DE 4] is hereby **DENIED as moot**, however, the

    Court will terminate Liberty Life Assurance Company of Boston as it is not named in the Amended Complaint;

4. Plaintiff remains responsible for service of process upon the new defendant(s), or arranging for waiver of such service;

5. The present pretrial deadlines shall remain in place for this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 3rd day of July, 2008.

_____
JAMES I. COHN
United States District Judge

copies to:

George W. Allen, Jr., Esq.
Kacy M. Marshall, Esq.